UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAHEIM JAMES,<br><br>                              Plaintiff,<br><br>       -against-<br><br>OTIS BANTUM CORRECTIONAL CENTER, ET AL.,<br><br>                              Defendants. | 24 CIVIL 9614 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the April 23, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 25, 2025
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge